UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STUDIO - D,

                            Plaintiff,                      23-CV-09001 (MKV)(SN)

        -against-                                          <u>ORDER</u>

WAVERLY STAGING & DESIGN, LLC, et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On March 18, 2025, Judge Vyskocil denied in part and granted in part Defendant Zoe Diamant's motion to dismiss. In light of this decision, if the parties believe that a settlement conference would be productive, they are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference.

SO ORDERED.

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     March 26, 2025
              New York, New York