USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDIO - D,<br><br>                Plaintiff,<br><br>-against-<br><br>THE WAVERLY GROUP, WAVERLY STAGING & DESIGN LLC, JANE SAIDENBERG, and ZOE DIAMANT,<br><br>                Defendants. | 1:23-cv-9001-MKV<br><br>**<u>ORDER</u>** |

MARY KAY VYSKOCIL, United States District Judge:

On or before May 5, 2025 the parties are directed to file a joint letter to advise the Court on the status of this action. The joint letter should follow the format and substance described in the Court's Individual Rules of Practice in Civil Cases and Civil Case Management Plan.

Any request for an extension or adjournment must be filed on ECF at least 48 hours before the deadline. Failure to comply with the deadlines set forth herein and any other orders in this case, the local rules, or the Court's Individual Rules of Practice may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.

**SO ORDERED.**

**Date:  April 21, 2025**                                                             **MARY KAY VYSKOCIL**
      **New York, NY**                                                               **United States District Judge**