```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDIO - D,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>THE WAVERLY GROUP, WAVERLY STAGING & DESIGN LLC, JANE SAIDENBERG, and ZOE DIAMANT,<br><br>　　　　　　　　　Defendants. | 1:23-cv-9001-MKV<br><br>ORDER OF DISMISSAL AGAINST DEFENDANT ZOE DIAMANT |

MARY KAY VYSKOCIL, United States District Judge:

　　The Court is in receipt of a letter filed by Plaintiff informing the Court that Plaintiff and Defendant Zoe Diamant have reached a settlement in principle with respect to the claims against Defendant Zoe Diamant [ECF No. 83]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued only with respect to Defendant Zoe Diamant without costs to any party and without prejudice to restoring the action with respect to Defendant Zoe Diamant to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by July 25, 2025. If no such application is made by that date, today's dismissal of the action against Defendant Zoe Diamant is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: June 25, 2025**
**　　　　New York, NY**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**