USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STUDIO - D,

                                Plaintiff,

        -against-

THE WAVERLY GROUP, et al.,

                              Defendants.

-----------------------------------------------------------------X

23-CV-9001 (MKV)(SN)

**DISCOVERY CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On November 6, 2025, Judge Mary Kay Vyskocil referred the joint letter motion for discovery assistance to my docket. See ECF Nos. 92, 93. A conference to discuss the issues raised by the letter motion is scheduled for Wednesday, November 12, 2025, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

                                                            *[signature]*
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:      November 10, 2025
                New York, New York