UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STUDIO - D,

                Plaintiff,

      -against-

THE WAVERLY GROUP, et al.,

                Defendants.
-----------------------------------------------------------------X

23-CV-9001 (MKV)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2025

**SARAH NETBURN, United States Magistrate Judge:**

    On November 12, 2025, the Court held a discovery conference to discuss various discovery disputes and scheduling matters. Based on the discussion, the Court ORDERS as follows:

1. All communications produced in response to discovery requests shall be limited to those occurring through December 31, 2023.

2. Defendants are ORDERED to produce Defendant Jane Saidenberg's 100 gigabyte Google Drive, as well as all responsive emails to or from Defendant Jane Saidenberg's email addresses (jane@waverly-staging.com and janesaidenberg@gmail.com), no later than November 21, 2025.

3. Defendants are ORDERED to produce Waverly's client list, and the parties shall meet and confer to identify and agree upon the relevant clients for determining the scope of communications to be produced between Waverly personnel and those clients. A joint status letter regarding this meet and confer shall be filed by November 26, 2025.

4. Fact discovery shall close on January 16, 2026. The parties are encouraged to schedule depositions promptly to ensure timely completion.

5. Plaintiff's expert reports shall be served no later than January 30, 2026. Defendants' rebuttal expert reports shall be served no later than February 20, 2026. Expert discovery shall close on March 13, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 92.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   November 12, 2025
         New York, New York