**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

STUDIO - D,

                                    Plaintiff,

            -against-

THE WAVERLY GROUP, et al.,

                                    Defendants.

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2026

23-CV-9001 (MKV)(SN)

**DISCOVERY**
**CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A status conference is scheduled for Wednesday, January 07, 2026, at 4:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        November 10, 2025
              New York, New York