UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2026

STUDIO - D,

                           **Plaintiff,**

            -against-

THE WAVERLY GROUP, et al.,

                         **Defendants.**

-------------------------------------------------------------------X

23-CV-9001 (MKV)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 7, 2026, the Court held a discovery conference to address various discovery issues and scheduling matters. As discussed on the record, Defendants are ORDERED to produce the documents identified during the conference by January 14, 2026. With respect to Plaintiff's supplemental discovery requests, Defendants are further ORDERED to serve their responses and objections by January 16, 2026.

Should additional discovery disputes arise, the parties are ORDERED to meet and confer during the week of January 19, 2026. If the meet-and-confer is unsuccessful, Plaintiff may file a letter-motion by January 26, 2026, and Defendants may file a response by January 28, 2026.

Fact discovery shall close on March 13, 2026. The parties are encouraged to schedule depositions promptly to ensure timely completion of discovery. Plaintiff shall serve expert reports no later than March 27, 2026, and Defendants shall serve rebuttal expert reports no later than April 17, 2026. Expert discovery shall close on May 11, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     January 7, 2026
             New York, New York