**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 1/30/2026

STUDIO - D,

                            **Plaintiff,**

           -against-

**THE WAVERLY GROUP, et al.,**

                        **Defendants.**
-------------------------------------------------------------------X

**23-CV-9001 (MKV)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 7, 2026, the Court ordered Defendants to produce responsive discovery between January 14-16, 2026. Defendants report that they complied with that order insofar as they provided Plaintiff with "viewer" access to various google drive folders within the designated timeframe. According to Defendants, "this disclosure fully responded to all outstanding Requests for Production." ECF No. 107. Defendants, however, appear to have produced a significant number of electronically stored documents on January 28, 2026. Court orders are not advisory. Defendants must comply with those orders or seek relief from the Court.

Plaintiff's reply letter suggests that additional discovery may be outstanding; though Plaintiff acknowledges that it has been unable to "meaningfully review" the January 28 production. ECF No. 108. Accordingly, Defendants must review Plaintiff's chart in the reply letter and produce responses and objections to any demands for which Plaintiff has indicated that there have been none. Such production must be made no later than Tuesday, February 3, 2026. The parties are, thereafter, ordered to meet and confer to address any further outstanding discovery.

The parties are further ordered to appear on Tuesday, February 10, 2026, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. In

advance of this conference, each side may file a letter setting forth with specificity any outstanding discovery disputes in a three-page letter filed by February 9, 2026. If the parties have resolved all disputes, they may request that the February 10 conference be adjourned.

All other requests for relief are denied.

The Clerk of Court is requested to close the motions at ECF Nos. 106 and 108.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 30, 2026
            New York, New York