**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

STUDIO - D,

                                        **Plaintiff,**

                    -against-

THE WAVERLY GROUP, et al.,

                                        **Defendants.**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2026

**23-CV-9001 (MKV)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On February 10, 2026, the Court held a discovery conference to address various issues. As discussed on the record, Defendants are ORDERED to respond to Plaintiff's second set of interrogatories no later than February 11, 2026. If Defendants fail to provide complete responses, signed by Defendant Jane Saidenberg, by that date, the Court will impose a $100 per-day sanction on Ms. Saidenberg beginning Thursday, February 12, 2026, and continuing for each business day the responses remain deficient.

The parties are further directed to confer regarding whether the CEO of Studio-D, Gail Dunnett, may review certain documents marked confidential, including top-line revenue figures of The Waverly Group. If the parties are unable to resolve this issue, Plaintiff shall file a letter-motion seeking relief by Tuesday, February 17, 2026. Defendants shall file any opposition by Thursday, February 19, 2026.

All remaining discovery is stayed through March 10, 2026, the date of the settlement conference in this case. In light of Plaintiff's representation that it may seek new counsel if the

2

matter does not resolve, if the parties are unable to settle at the March 10 conference, Plaintiff

shall have until March 24, 2026, to retain replacement counsel.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      February 11, 2026
            New York, New York

2