USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STUDIO - D,

               Plaintiff,

         -against-

THE WAVERLY GROUP, et al.,

               Defendants.

1:23-cv-9001-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court has been informed that the settlement conference before Magistrate Judge Netburn on March 10, 2026, resulted in the successful resolution of all outstanding claims. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing, as long as any application to restore the action is made by April 13, 2026. If no such application is made by that date, today's dismissal of this case is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: March 13, 2026**
     **New York, NY**

_____
              **MARY KAY VYSKOCIL**
              **United States District Judge**